## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BIG LOTS, INC., et al., | ) | Bankruptcy Case No. 24-11967-JKS |
| | ) | Bankr. BAP No. 25-04 |
| Debtors. | ) | |
| _____ | ) | |
| PEAK LIVING INC., et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-72-GBW |
| | ) | |
| BIG LOTS, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **21st day of February 2025**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1

Appellants' Opening Briefs:           April 15, 2025

Appellees' Responsive Briefs:         May 15, 2025

Appellants' Reply Briefs:             May 29, 2025




_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE